IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *
*
v. * CASE NO. 19-1151-CBD
*
RONDELL HENRY, * FILED UNDER SEAL
*
Defendant *
* APR - 4 2019
*******

## GOVERNMENT'S MOTION TO SEAL



Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Thomas P. Windom, Assistant United States Attorney for said District, hereby moves this Honorable Court for an Order sealing the **Criminal Complaint, Arrest Warrant and Motion to Seal** submitted in connection with the above-referenced individual. Should the individual under investigation become aware of these documents, it could jeopardize the outcome of the investigation.

WHEREFORE, the government respectfully requests that the **Criminal Complaint, Arrest Warrant and Motion to Seal** along with this motion be placed under seal until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this 3rd day of April, 2019.

_____
Charles B. Day
United States Magistrate Judge