IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. 19-1151-CBD |
| RONDELL HENRY, | * | |
| Defendant | * | |

********

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its undersigned attorneys, respectfully moves to unseal the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this _____ day of April 2019.

_____
Hon. Charles B. Day
United States Magistrate Judge