IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR - 4 2019

**UNITED STATES OF AMERICA**

vs.

Case No. CBD 19-mj-01151-1

**Rondell Henry**

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for **April 9, 2019** _(date)_ at ~~2:05 pm~~ **12:45 pm** before **Thomas M. DiGirolamo**, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ___TBD___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 4, 2019
Date

Charles B. Day
United States Magistrate Judge