AO 442 (Rev. 11/11) Arrest Warrant

AUSA Windom_2019R00227

## UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
___ LOGGED ___ RECEIVED

APR -8 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

Rondell Henry

*Defendant*

)
)
) Case No. 19-.1151- CBD
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Rondell Henry__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2312 - Transportation of Stolen Vehicles

See the attached Affidavit of Special Agent Michael J. Fowler dated April 3, 2019.

Date: __April 3, 2019__

_____
*Issuing officer's signature*

City and state: __Greenbelt, MD__

Charles B. Day, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __4/3/19__, and the person was arrested on *(date)* __4/3/19__
at *(city and state)* __Cheverly, MD__.

Date: __4/4/19__

_____
*Arresting officer's signature*

__Michael Fowler Special Agent__
*Printed name and title*